UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )    Cr. No. 21-10354-JEK<br>)<br>2.  ANTHONY CENTERIO, a/k/a "Wheezy," and )<br>21. TAKARI ELLIOTT, a/k/a "T-Paper," )<br>Defendant )  | |

MOTION TO EXTEND TIME TO FILE OPPOSITION
TO DEFENDANTS' MOTION FOR SPECIAL VERDICT FORM

Now comes the United States, through counsel, and respectfully requests that the Court extend the deadline for filing its opposition to the defendants' motion to sever (ECF Nos. 1241 & 1249) from November 14, 2025, until November 17, 2025. The defendants, through counsel, assent to this motion. As grounds therefore, the government states that this additional time is necessary because of work on other time-sensitive matters, including several impacted by the ongoing government shutdown, and to adequately address the issues raised in the defendants' motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Christopher Pohl
       Christopher Pohl
       Charles Dell'Anno
       Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 14, 2025.

                              By:    <u>/s/ Christopher Pohl</u>
                                        Christopher Pohl
                                        Assistant U.S. Attorney